# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DANIEL KAVANAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-712 JAR |
| | ) | |
| DUSTIN EDWARDS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. On October 9, 2020, the Court directed the Clerk of Court to issue process or cause process to issue on plaintiff's complaint as to defendant Detective Dustin Edwards, in his individual capacity, at the Florissant Police Department. ECF No. 6. On November 18, 2020, the waiver of service was returned purportedly executed, as served on the records clerk at the Florissant Police Department. *See* ECF No. 15. However, the time for filing a responsive pleading has passed and no answer or other responsive pleading has yet been filed on defendant Edwards' behalf. Because the summons was not served directly to defendant Edwards, personally, the Court is unsure if defendant Edwards received notification of this lawsuit.

As such, the Court will order that alias summons be issued to Detective Dustin Edwards at Florissant Police Department, in his individual capacity. In order for the U.S. Marshals to effectively serve Detective Edwards they should ensure that Detective Edwards is at his place of employment prior to going to Florissant Police Department to effectuate service of process. Process should be served directly on Dustin Edwards in person.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue alias summons on the complaint as to Detective Dustin Edwards at Florissant Police Department, in his individual capacity.

**IT IS FURTHER ORDERED** that in order for the U.S. Marshals to effectively serve Detective Edwards they should ensure that Detective Edwards is at his place of employment prior to going to Florissant Police Department to effectuate service of process. Process should be served directly on Dustin Edwards in person.

**IT IS FURTHER ORDERED** that a copy of the summons and return of summons shall be filed in this matter.

Dated this 9th day of December, 2020.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE